UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2006 DEC -1  PM 4: 49
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| CARL M. DRURY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV206-284 |
| ) | [CR201-28] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed and considered the petition of Bernard H. Dempsey of the law firm of Dempsey & Associates, PA, 1560 Orange Avenue, Suite 200, Winter Park, Florida 32789, for permission to appear pro hac vice on behalf of plaintiff Carl M. Drury, Jr. in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Bernard H. Dempsey as counsel of record for plaintiff Carl M. Drury, Jr. in this case.

**SO ORDERED** this _1st_ day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA