UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | |
|---|---|
| CARL M. DRURY, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV206-284 |
| | ) [CR201-28] |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of H. Manuel Hernandez of the law firm of H. Manuel Hernandez, PA, 620 East Club Circle, Longwood, Florida 32779, for permission to appear pro hac vice on behalf of plaintiff Carl M. Drury, Jr. in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter H. Manuel Hernandez as counsel of record for plaintiff Carl M. Drury, Jr. in this case.

**SO ORDERED** this 1st day of December, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA