# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC -1  PM 4: 49

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| CARL M. DRURY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CV206-284 |
| v. | ) | [CR201-28] |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of H. Manuel Hernandez of the law firm of H. Manuel Hernandez, PA, 620 East Club Circle, Longwood, Florida 32779, for permission to appear pro hac vice on behalf of plaintiff Carl M. Drury, Jr. in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter H. Manuel Hernandez as counsel of record for plaintiff Carl M. Drury, Jr. in this case.

**SO ORDERED** this _1st_ day of December, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA