**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 APR -9 P 12: 55

CLERK _B McCarthy_
SO. DIST. OF GA.

CARL M. DRURY, JR.          )
                           )
          v.               )    CV 206-284
                           )
UNITED STATES OF AMERICA   )

---

**O R D E R**

---

After a careful <u>de novo</u> review of the record in this case,[1] the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Also, a certificate of appealability may issue only if Movant makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c). As demonstrated by the Magistrate Judge's Report and Recommendation, which is now adopted as the opinion of this Court, Movant has not made the requisite showing. Accordingly, Movant's request for a Certificate of Appealability is hereby **DENIED**.

**SO ORDERED** this 9th day of April 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT COURT

---

[1] This Court's review of the Magistrate Judge's Report and Recommendation on a motion to dismiss a § 2255 petition is always <u>de novo</u>. Fed. R. Civ. P. 72(b). Accordingly, Movant's request for <u>de novo</u> review is **DENIED AS MOOT**.